IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATRICIA K. BALDWIN,

        Plaintiff,

        v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

        Defendant.

No. 6:15-cv-01508-JE

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge John Jelderks issued a Findings and Recommendation [21] on May 4, 2017, in which he recommends that the Court affirm the Commissioner's final decision denying Ms. Baldwin's application for Supplemental Security Income under the Social Security Act.

    Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v.*

1 – ORDER

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings & Recommendation [21]. Accordingly, the Commissioner's final decision denying Ms. Baldwin's application for Supplemental Security Income is affirmed.

IT IS SO ORDERED.

DATED this 21 day of June, 2017.

_____
MARCO A. HERNÁNDEZ
United States District Judge